Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
SAEED KIANFAR

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| SAEED KIANFAR, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| RECEIVABLES PERFORMANCE MANAGEMENT LLC, | |
| Defendant. | |

### VERIFIED COMPLAINT

SAEED KIANFAR (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against RECEIVABLES PERFORMANCE MANAGEMENT LLC (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person residing in Citrus Heights, Sacramento County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a debt collection company with its headquarters in Lynwood, Washington.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking to speak with Plaintiff's nephew, Kianoosh Kianfar.

12. Defendant started placing calls to Plaintiff on or about December 10, 2010.

13. Defendant places calls to Plaintiff on telephone number: 916-716-2843.

14. Defendant places collection calls to Plaintiff from telephone number: 616-613-2058.

15. Defendant places calls to Plaintiff on a daily basis (see Exhibit A).

16. Defendant placed three collection calls to Plaintiff on December 14, 2010 (see Exhibit

A).

17. Plaintiff has repeatedly informed Defendant that Plaintiff is not the consumer that Defendant is looking for.

18. Defendant continues to place collection calls directly to Plaintiff despite this.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e(10)* of the FDCPA by engaging in the false and deceptive practices of placing calls to Plaintiff despite knowing that he is not the consumer that Defendant is seeking to collect from.

WHEREFORE, Plaintiff, SAEED KIANFAR, respectfully requests judgment be entered against Defendant, RECEIVABLES PERFORMANCE MANAGEMENT LLC, for the following:

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, SAEED KIANFAR, respectfully requests judgment be entered against Defendant, RECEIVABLES PERFORMANCE MANAGEMENT LLC, for the following:

25. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SAEED KIANFAR, demands a jury trial in this cause of action.

                                      RESPECTFULLY SUBMITTED,

1  DATED:  February 23, 2011              KROHN & MOSS, LTD.

                                          By: /s/ Nicholas J. Bontrager

                                          Nicholas J. Bontrager
                                          Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

| Date, | Telephone Numbers | |
|---|---|---|
| 12/12/2010 | (616) 613-2058 | |
| 12/14/2010 | (616) 613-2058 | 3 times |
| 12/15/2010 | (866) 212-7408 | |
| 12/15/2010 | (866) 212-7408 | |
| 12/16/2010 | (866) 212-7408 | 2 times |
| 12/15/2010 | (866) 212-7408 | |
| 12/17/2010 | (866) 212-7408 | 2 times |
| 12/19/2010 | (866) 212-7408 | |
| 12/21/2010 | (866) 212-7408 | |
| 12/28/2010 | (866) 212-7408 | |
| 12/29/2010 | (866) 212-7408 | |
| 12/30/2010 | (866) 212-7408 | |
| 1/2/2011 | (866) 212-7408 | |
| 1/3/2011 | (866) 212-7408 | |
| 1/4/2011 | (866) 212-7408 | |
| 1/5/2011 | (866) 212-7408 | |
| 1/6/2011 | (866) 212-7408 | |
| 1/7/2011 | (866) 212-7408 | |
| 1/8/2011 | (866) 212-7408 | |
| 1/9/2011 | (866) 212-7408 | 2 times |
| 1/10/2011 | (866) 212-7408 | 2 times |

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SAEED KIANFAR, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SAEED KIANFAR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2/4/11

_____
SAEED KIANFAR