JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendant
RECEIVABLES PERFORMANCE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAEED KIANFAR<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | CASE NO.  2:11-cv-00514 MCE-DAD<br><br>ORDER AND STIPULATION TO WITHDRAW DEFAULT AND PERMIT DEFENDANT TO FILE AN ANSWER AND JOINT REQUEST RE: SAME |

Pursuant to the request of Defendant RECEIVABLES PERFORMANCE MANAGEMENT, Plaintiff SAEED KIANFAR hereby stipulates that its request for default is withdrawn and Defendant will file its responsive pleading within one week from filing of the stipulation.

Dated: June 27, 2011              KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                  A Law Corporation
                                  By:  */s/ June D. Coleman*
                                       June D. Coleman
                                       Attorneys for Defendant Receivables Performance
                                       Management, LLC

Dated: June 27, 2011              KROHN & MOSS, LTD.
                                  By: */s/ Nicholas J. Bontrager*
                                       Nicholas J. Bontrager
                                       Attorneys for Plaintiff Saeed Kianfar

- 1 -

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the request for default is withdrawn and Defendant will file its responsive pleading by August 10, 2011.

Dated: 8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE