Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
SAEED KIANFAR

JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone:    (916) 321-4500
Facsimile:    (916) 321-4555

Attorneys for Defendant
RECEIVABLES PERFORMANCE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION

SAEED KIANFAR,

           Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

           Defendant.

Case No.: 2:11-cv-00514-MCE -DAD

JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC by and through its counsel and Plaintiff SAEED KIANFAR by and through his counsel hereby stipulate and agree that the above captioned action be dismissed, with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), and jointly move this Court for an order of dismissal with prejudice.

///

///

1

This joint stipulation and motion for dismissal with prejudice is based on the fact that the parties have fully resolved this action in its entirety, with each party to bear its own costs.

Respectfully Submitted.

Dated: 04/25/2012                KROHN & MOSS LTD

                                          /s/ Ryan Lee
                                          Ryan Lee, Esq.
                                          Attorney for Plaintiff,
                                          SAEED KIANFAR

Dated: 04/25/2012                KRONICK MOSKOVITZ TIEDEMANN & GIRARD

                                          /s/ Danielle R. Teeters
                                          June D. Coleman
                                          Danielle R. Teeters
                                          Attorney for Defendant,
                                          RECEIVABLES PERFORMANCE MANAGEMENT, LLC,