**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| SAEED KIANFAR,<br><br>　　　　　Plaintiff,<br>vs.<br><br>RECEIVABLES PERFORMANCE<br><br>MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No.: **2:11-cv-00514-MCE–DAD**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, each side to bear its own costs.  The matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

**IT IS SO ORDERED.**

Dated:  May 1, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE